# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>VICTOR PHILLIPS,<br><br>                  Defendant. | 8:19CR127<br><br>ORDER |

The Defendant's letter of June 2, 2020, ECF No. 49, filed as a Motion for Reconsideration, will be construed as a supplement to his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (§ 2255 Motion), ECF No. 47.

IT IS ORDERED:

1. The Defendant's letter of June 2, 2020, ECF No. 49, filed as a Motion for Reconsideration, will be construed as a supplement to his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (§ 2255 Motion), ECF No. 47;

2. The Clerk is directed to terminate the Motion appearing at ECF No. 49; and

3. The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

Dated this 12th day of June 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge