IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>VICTOR PHILLIPS,<br><br>     Defendant. | 8:19CR127<br><br>ORDER |

IT IS ORDERED:

1. The Defendant's Motion to Extend, ECF No. 62, is granted;

2. The Defendant may submit a reply to the Government's Response, ECF No. 59, and Index of Evidence, ECF No. 60, on or before September 21, 2020;

3. If the Defendant seeks an evidentiary hearing, he should list each fact he contends is in dispute, warranting an evidentiary hearing; and

3. The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

Dated this 20th day of August 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge