# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:19CR127** |
| **vs.** | |
| **VICTOR PHILLIPS,** | **ORDER** |
| **Defendant.** | |

IT IS ORDERED:

1.      The Defendant's Motion to Extend, ECF No. 64, is granted;

2.      The Defendant may submit a reply to the Government's Response, ECF No. 59, and Index of Evidence, ECF No. 60, on or before October 12, 2020;

3.      If the Defendant seeks an evidentiary hearing, he should list each fact he contends is in dispute, warranting an evidentiary hearing; and

3.      The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

Dated this 22nd day of September 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge