IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR PHILLIPS,<br><br>Defendant. | **8:19CR127**<br><br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 70), judgment is entered in favor of the United States of America and against Victor Phillips.

Dated this 9th day of December 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge